# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

JOE R. SAMANIEGO,

        Plaintiff,

vs.

HARLEY DAVIDSON FINANCIAL, *et al.*,

        Defendants.

2:17-cv-02034-JCM-VCF

**ORDER**

Before the Court is Notice of Settlement Between Joe R. Samaniego and Harley Davidson Financial (ECF No. 8).

Accordingly,

IT IS HEREBY ORDERED that this case is stayed until November 6, 2017.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before November 6, 2017.

DATED this 20th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE