# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOE R. SAMANIEGO,<br><br>  Plaintiffs,<br><br>vs.<br><br>HARLEY DAVIDSON FINANCIAL, *et al.*,<br><br>  Defendants. | 2:17-cv-02034-JCM-VCF<br>**ORDER** |

Before the Court is *Joe R. Samaniego v. Harley Davidson Financial, et al.*, case number 2:17-cv-02034-JCM-VCF. Plaintiff has dismissed Harley Davidson Financial as a defendant. (ECF No. 10). The only remaining Defendant is Equifax Information Services. On July 26, 2017, the Court issued Summons to Equifax Information Services. (ECF No. 3). To date, an executed Summons has not been filed with the court. The last day to effectuate service on Equifax was October 24, 2017, and no motion seeking an extension for service has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, November 21, 2017, in Courtroom 3D. The status hearing will be vacated if Plaintiff files a notice of voluntary dismissal.

DATED this 7th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE